IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION – SIOUX CITY

| | | |
|---|---|---|
| PEG BOUAPHAKEO et al., individually and on Behalf Of Themselves and All Other Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 5:07-cv-04009 JAJ<br><br><br><br><br><br><br><br><br>DEFENDANT'S AMENDED AND CORRECTED INSTRUCTION NO. 11 |

**COMES NOW** Defendant Tyson Foods, Inc. and files the attached amended and corrected version of its Instruction No. 11 previously submitted.

/s/ Richard J. Sapp        AT0006915
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3144
Facsimile: (515) 283-8045
E-Mail: rjs@nyemaster.com

Michael J Mueller*
Evangeline C Paschal*
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
E-mail: mmueller@hunton.com
         epaschal@hunton.com
**and**

Heidi Ann Guttau-Fox
Steven D. Davidson*
Allison Dana Balus*
BAIRD HOLM
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102-2068
Telephone: (402) 344-0500
Facsimile: (402).344-0588
E-mails: hguttau-fox@bairdholm.com
sdavidson@bairdholm.com
abalus@bairdholm.com
*Admitted Pro Hac Vice

**ATTORNEYS FOR DEFENDANT TYSON FOODS, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2010**, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

MacDonald Smith
SMITH & MCELWAIN LAW OFFICE
505 Fifth Street, Suite 530
P.O. Box 1194
Sioux City, IA 51102
Telephone: (712) 255-0894
Facsimile: (712) 255-3825
E-mail: smitmcel@aol.com
**and**
Brian P. McCafferty
KENNEY, LENNON & EGAN LAW FIRM
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Telephone: (610) 940-9099
Facsimile: (610) 940-0284
E-mail: bmccafferty@kemy-law.com
**and**
Michael Hamilton
PROVOST UMPHREY LAW FIRM
2002 Richard Jones Road, Suite C103
Nashville, TN 37215
Telephone: (615) 242-0199
Facsimile: (615) 256-5922
E-mail: mhamilton@provostumphrey.com
**and**

Roger K. Doolittle
460 Briarwood Drive, Suite 500
Jackson, MS 39206
Telephone: (601) 957-9777
Facsimile: (601) 957-9779
E-mail: rogerkdoolittle@aol.com
**and**
Richard A. Kaspari
METCALF, KASPARI, HOWARD
ENGDAHL & LAZARUS P.A.
333 Parkdale Plaza
1660 South Highway 100
Minneapolis, MN 55416-1573
Telephone: (952) 591-9444
Facsimile: (952) 591-5806
E-mail: rkaspari@metcalf-law.com
**and**
Candis A. McGowan
Robert L. Wiggins
WIGGINS, CHILD, QUINN &
PANTAZIS, L.L.C.
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
E-mails: cmcgowan@wcqp.com
        rwiggins@wcqp.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Richard J. Sapp    AT0006915
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.

FINAL INSTRUCTION NO. 11

(Amended and Corrected)

Work

Federal law requires Tyson Foods to pay employees for all hours worked. You must decide whether Plaintiffs have proved that putting on, taking off and washing items is "work." Work is any (1) physical or mental exertion, whether burdensome or not, (2) controlled or required by the employer and (3) pursued necessarily and primarily for the benefit of the employer and its business. Exertion is not required in circumstances where the employer requires the employee to report to the workplace at a certain time and the employee waits to be engaged.

**Authority**

*IBP, Inc. v. Alvarez*, 546 U.S. 21, 25-28 (2005); *Tennessee Coal, Iron & R.R. Co. v. Muscoda Local No. 123*, 321 U.S. 590, 598 (1944); *Armour & Co. v. Wantock*, 323 U.S. 126, 133 (1944); *Skidmore v. Swift & Co.*, 323 U.S. 134, 140 (1944); *Reich v. ConAgra, Inc.*, 987 F.2d 1357, 1361 (8th Cir. 1993); *Reich v. IBP, Inc.*, 38 F.3d 1123, 1125 (10th Cir. 1994); *Smith v. Aztec Well Serv. Co.*, 462 F.3d 1274 (10th Cir. 2006)