IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION - SIOUX CITY

| | | |
|---|---|---|
| PEG BOUAPHAKEO, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 5:07-cv-04009-JAJ-TJS |
| TYSON FOODS, INC. | ) | |

**NOTICE OF FILING JOINTLY PROPOSED PRETRIAL ORDER**

Plaintiffs hereby give notice of filing the parties' jointly proposed Order For Final Pretrial Conference with the following attachments: (1) Plaintiffs' Objections To Defendant's Trial Exhibits; (2) Defendants' Objections to Plaintiffs' Proposed Trial Exhibits.

Respectfully submitted,

/s/ Robert L. Wiggins, Jr.
Robert L. Wiggins
Candis A. McGowan
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)

1

BRIAN P. MCCAFFERTY
Kenney & McCafferty
3031 C Walton Road, Suite 202
Plymouth Meeting, P A 19462
(610) 940-0327
(610) 940-0284 (facsimile)

MICHAEL HAMILTON
Provost Umphrey Law Firm, LLP
2021 Richard Jones Road, Suite 300
Nashville, TN 37215
(615) 242-0199
(615) 256-5922 (facsimile)

ROGER K. DOOLITTLE
460 Briarwood Drive, Suite500
Jackson, MS 39206
(601) 957-9777
(601) 957-9779 (facsimile)

Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel via electronic mail delivery of same, properly addressed, to the following:

Allison Dana Balus
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102

David J. Kramer
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

Evangeline C. Paschal
Hunton & Williams, LLP
1900 K. Street, NW
Washington, DC 20006

Michael J. Mueller
Hunton & Williams LLP
1900 K. Street, NW
Washington, DC 20006

Steven D. Davidson
Baird Holm McEachen Pedersen Hamann & Strasheim
1500 Woodmen Tower
Omaha, NE 68102

Richard J. Sapp
Ryan Koopmans
Frank B. Harty
Nyemaster, Goode,
Hansell & O'brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899


This 14th day of October, 2010.

/s/ Robert L. Wiggins, Jr.
OF COUNSEL