# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION - SIOUX CITY

PEG BOUAPHAKEO, et al.,  )

   Plaintiffs,   )

v.         )   Civil No. 5:07-cv-04009-JAJ-TJS

TYSON FOODS, INC.   )

## NOTICE OF FILING THE PARTIES' WITNESS LISTS

Plaintiffs hereby give notice of filing of the parties' Witness Lists for Trial, which are attached as the follows: (1) Plaintiffs' Witness List for Trial; and (2) Defendant's Witness List.

     Respectfully submitted,

     /s/ Candis A. McGowan
     Robert L. Wiggins
     Candis A. McGowan
     WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
     The Kress Building
     301 19th Street North
     Birmingham, Alabama 35203
     (205) 314-0500
     (205) 254-1500 (facsimile)

1

BRIAN P. MCCAFFERTY
Kenney & McCafferty
3031 C Walton Road, Suite 202
Plymouth Meeting, P A 19462
(610) 940-0327
(610) 940-0284 (facsimile)

MICHAEL HAMILTON
Provost Umphrey Law Firm, LLP
2021 Richard Jones Road, Suite 300
Nashville, TN 37215
(615) 242-0199
(615) 256-5922 (facsimile)

ROGER K. DOOLITTLE
460 Briarwood Drive, Suite500
Jackson, MS 39206
(601) 957-9777
(601) 957-9779 (facsimile)

Attorneys For Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on counsel via electronic mail delivery of same, properly addressed, to the following:

Allison Dana Balus
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102

David J. Kramer
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

2

Evangeline C. Paschal
Hunton & Williams, LLP
1900 K. Street, NW
Washington, DC 20006

Michael J. Mueller
Hunton & Williams LLP
1900 K. Street, NW
Washington, DC 20006

Steven D. Davidson
Baird Holm McEachen Pedersen Hamann & Strasheim
1500 Woodmen Tower
Omaha, NE 68102

Richard J. Sapp
Ryan Koopmans
Frank B. Harty
Nyemaster, Goode,
Hansell & O'brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899


This 15th day of October, 2010.

/s/ Candis A. McGowan
OF COUNSEL