**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION - SIOUX CITY**

PEG BOUAPHAKEO, et al.,

         Plaintiffs,

vs.

TYSON FOODS, INC.,

         Defendant.

Civil No. 5:07-cv-04009-JAJ-TJS

_____

**PLAINTIFFS' WITNESS LIST FOR TRIAL**

    **COME NOW** the Plaintiffs in the above-styled cause and submit the names and

addresses of the following witnesses for trial:

    1.    Marcel Chapman[1]
         c/o Wiggins, Childs, Quinn & Pantazis, LLC
         The Kress Building
         301 19th Street North
         Birmingham, AL 35213
         (205) 314-0500

    Expected to testify as to the personal protective equipment and other equipment that
plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position
performed for defendant, and the amount of time that it takes to do such activities at the
beginning of the shift, during each break period and at the end of the shift. Expected to testify as
to work rules and policies of defendant, and as to defendant's enforcement of said rules and
policies. Also expected to testify as to job history with defendant, dates of employment, and job
positions held.

    2.    Douglas Munden
         c/o Wiggins, Childs, Quinn & Pantazis, LLC
         The Kress Building
         301 19th Street North

---

    [1]All plaintiffs and opt-ins are represented by Plaintiffs' counsel and should only be
contacted through counsel. Pursuant to an agreement between the parties for accepting service of
witness subpoenas, counsel's address has been provided, therefore, plaintiffs' addresses will be
provided only upon request.

Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

3.      Gary M. Kittelson
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

4.      Donald Fitchett
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

5.      Jesus Carlos Balderas
        c/o Wiggins, Childs, Quinn & Pantazis, LLC

2

The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

     6.     Ninoska Balderas
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213
            (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

     7.     Heribento Renteria
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213
            (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

3

8.     Daisy Renteria
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

9.     Dennis Frederick
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

10.    Craig Hardison
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job

4

positions held.

11. Randall Jones
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

12. Ginny Ernst
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

13. Humberto Garcia
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as

5

to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

    14.    Tomas Alday
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

    15.    Ignacio Medina
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

    16.    Javier Frayre
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position

6

performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

17.     Jesus Banda
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

18.     Maria Leon
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

19.     Mario Martinez
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

7

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      20.     Jesus A. Montes
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213
            (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      21.     Leticia Montes
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213
            (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      22.     Martha Nunez
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213

(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  23. Peg Bouaphakeo
     c/o Wiggins, Childs, Quinn & Pantazis, LLC
     The Kress Building
     301 19th Street North
     Birmingham, AL 35213
     (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  24. Jose Garcia
     c/o Wiggins, Childs, Quinn & Pantazis, LLC
     The Kress Building
     301 19th Street North
     Birmingham, AL 35213
     (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  25. Brian Henley
     c/o Wiggins, Childs, Quinn & Pantazis, LLC
     The Kress Building

301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

26.     Paul Baumann
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

27.     Nicholas Lavan
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

28.     Douglas Mundan

10

c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

29.     Don Brown
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

30.     Don Smith
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

31.    James Appling
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

33.    Sarah Baxter
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

34.    Jeffery W. Booher
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and

policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      35.    George Busby
               c/o Wiggins, Childs, Quinn & Pantazis, LLC
               The Kress Building
               301 19th Street North
               Birmingham, AL 35213
               (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      36.    Dale Cates
               c/o Wiggins, Childs, Quinn & Pantazis, LLC
               The Kress Building
               301 19th Street North
               Birmingham, AL 35213
               (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      37.    Gary Christen
               c/o Wiggins, Childs, Quinn & Pantazis, LLC
               The Kress Building
               301 19th Street North
               Birmingham, AL 35213
               (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the

beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

       38.     Adrian Dimes
                  c/o Wiggins, Childs, Quinn & Pantazis, LLC
                  The Kress Building
                  301 19th Street North
                  Birmingham, AL 35213
                  (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

       39.     Silvestre Espinoza
                  c/o Wiggins, Childs, Quinn & Pantazis, LLC
                  The Kress Building
                  301 19th Street North
                  Birmingham, AL 35213
                  (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

       40.     Robert F. Jennings
                  c/o Wiggins, Childs, Quinn & Pantazis, LLC
                  The Kress Building
                  301 19th Street North
                  Birmingham, AL 35213
                  (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that

plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  41.  Bill Jordan
      c/o Wiggins, Childs, Quinn & Pantazis, LLC
      The Kress Building
      301 19th Street North
      Birmingham, AL 35213
      (205) 314-0500

    Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  42.  Doug Knoke
      c/o Wiggins, Childs, Quinn & Pantazis, LLC
      The Kress Building
      301 19th Street North
      Birmingham, AL 35213
      (205) 314-0500

    Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  43.  Henry Kruckenberg
      c/o Wiggins, Childs, Quinn & Pantazis, LLC
      The Kress Building
      301 19th Street North
      Birmingham, AL 35213
      (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      44.     Neil Lerssen
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      45.     John Peterson
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      46.     Harold Slater
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213

16

(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

     47.    Yancy Smith
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

     48.    Angie Souvandy
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

     49.    Steven Souvandy
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building

17

301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

50. Brian Book
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

51. Robin Book
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

52. Robert D. Buckholtz

18

c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

53.     Brian Fryar
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

54.     Gary Herrig
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

19

55.    Courtney Knutson
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

56.    Robert Schneller
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

57.    Dale T. Sharp
       c/o Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and

policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

        58.     Mike Sturtevant
                 c/o Wiggins, Childs, Quinn & Pantazis, LLC
                 The Kress Building
                 301 19th Street North
                 Birmingham, AL 35213
                 (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

        59.     Nirta A. Hoffman
                 c/o Wiggins, Childs, Quinn & Pantazis, LLC
                 The Kress Building
                 301 19th Street North
                 Birmingham, AL 35213
                 (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

        60.     Pete Rollinger
                 c/o Wiggins, Childs, Quinn & Pantazis, LLC
                 The Kress Building
                 301 19th Street North
                 Birmingham, AL 35213
                 (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the

beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

61. Robecca Ruci
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

62. Carrie Scheidel
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

63. Anthony Scheidel
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that

22

plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

    64.    Stacey L. Adams
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213
            (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

    65.    Jodi L. Ayers
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213
            (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

    66.    Anthony Barnes
            c/o Wiggins, Childs, Quinn & Pantazis, LLC
            The Kress Building
            301 19th Street North
            Birmingham, AL 35213
            (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      67.     John Baymon
                c/o Wiggins, Childs, Quinn & Pantazis, LLC
                The Kress Building
                301 19th Street North
                Birmingham, AL 35213
                (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      68.     Veronica Belmer
                c/o Wiggins, Childs, Quinn & Pantazis, LLC
                The Kress Building
                301 19th Street North
                Birmingham, AL 35213
                (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      69.     Elia Betancourt
                c/o Wiggins, Childs, Quinn & Pantazis, LLC
                The Kress Building
                301 19th Street North
                Birmingham, AL 35213

(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

> 70. Louis Harris-Bey
> c/o Wiggins, Childs, Quinn & Pantazis, LLC
> The Kress Building
> 301 19th Street North
> Birmingham, AL 35213
> (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

> 71. Marc Bickhem
> c/o Wiggins, Childs, Quinn & Pantazis, LLC
> The Kress Building
> 301 19th Street North
> Birmingham, AL 35213
> (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

> 72. Brandon Blissit
> c/o Wiggins, Childs, Quinn & Pantazis, LLC
> The Kress Building

301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

73.    Andy Boutdarith
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

74.    Paula Briner
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

75.    Simeon Brooks

c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

76. Daniel W. Brown
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

77. James P. Brown
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

27

78.     John Campbell
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

79.     Dale E. Cates
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

80.     Altoria Champion
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and

28

policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      81.     Larry Collins
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      82.     Anthony Will Cooper
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      83.     Willie Cork
              c/o Wiggins, Childs, Quinn & Pantazis, LLC
              The Kress Building
              301 19th Street North
              Birmingham, AL 35213
              (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the

beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

84. Kenneth M. Crouse
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

85. Barb Cresap
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

86. Ronald M. Davis
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that

plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

87. Quintin M. Ducksworth
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

88. Jason Evans
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

89. Jeremy J. Fineran
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

> 90.    Danny Green
>         c/o Wiggins, Childs, Quinn & Pantazis, LLC
>         The Kress Building
>         301 19th Street North
>         Birmingham, AL 35213
>         (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

> 91.    Pamela Grooms
>         c/o Wiggins, Childs, Quinn & Pantazis, LLC
>         The Kress Building
>         301 19th Street North
>         Birmingham, AL 35213
>         (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

> 92.    Thomas Harat
>         c/o Wiggins, Childs, Quinn & Pantazis, LLC
>         The Kress Building
>         301 19th Street North
>         Birmingham, AL 35213

(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

93.     Karen J. Hogan
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

94.     Paul V. Huffey
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

95.     Shawn R. Hyde
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building

301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  96. Lawson Jackson
    c/o Wiggins, Childs, Quinn & Pantazis, LLC
    The Kress Building
    301 19th Street North
    Birmingham, AL 35213
    (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  97. Benjamin R. Jacobs
    c/o Wiggins, Childs, Quinn & Pantazis, LLC
    The Kress Building
    301 19th Street North
    Birmingham, AL 35213
    (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

  98. Farries L. Jennings, Jr.

34

c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift.  Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies.  Also expected to testify as to job history with defendant, dates of employment, and job positions held.

     99.    Robert Lee Johnson
           c/o Wiggins, Childs, Quinn & Pantazis, LLC
           The Kress Building
           301 19th Street North
           Birmingham, AL 35213
           (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift.  Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies.  Also expected to testify as to job history with defendant, dates of employment, and job positions held.

     100.    Casey Kearns
           c/o Wiggins, Childs, Quinn & Pantazis, LLC
           The Kress Building
           301 19th Street North
           Birmingham, AL 35213
           (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift.  Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies.  Also expected to testify as to job history with defendant, dates of employment, and job positions held.

101.    Charles S. King
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

102.    Jerry Loraditch
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

103.    Robert Martin
        c/o Wiggins, Childs, Quinn & Pantazis, LLC
        The Kress Building
        301 19th Street North
        Birmingham, AL 35213
        (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and

policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

104.  Willie M. Martin
      c/o Wiggins, Childs, Quinn & Pantazis, LLC
      The Kress Building
      301 19th Street North
      Birmingham, AL 35213
      (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

105.  Florence R. Manly
      c/o Wiggins, Childs, Quinn & Pantazis, LLC
      The Kress Building
      301 19th Street North
      Birmingham, AL 35213
      (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

106.  Dawn r. McConnaughey-Pullen
      c/o Wiggins, Childs, Quinn & Pantazis, LLC
      The Kress Building
      301 19th Street North
      Birmingham, AL 35213
      (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the

beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      107.   Compton McDonald
             c/o Wiggins, Childs, Quinn & Pantazis, LLC
             The Kress Building
             301 19th Street North
             Birmingham, AL 35213
             (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      108.   Darrow E. Miller
             c/o Wiggins, Childs, Quinn & Pantazis, LLC
             The Kress Building
             301 19th Street North
             Birmingham, AL 35213
             (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

      109.   Randall G. Mobley
             c/o Wiggins, Childs, Quinn & Pantazis, LLC
             The Kress Building
             301 19th Street North
             Birmingham, AL 35213
             (205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that

plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

110. Cassius Murry
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

111. Brent Nelson
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

112. James Nelson
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

113. Jay Randall Olsen
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

114. Leslie Peters
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

115. Candi Phelps
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213

(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

116. Dennis Prater
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

117. Tonney Randle
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

118. Jamie C. Roberts
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building

301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

119. Marnita R. Ross
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

120. Edgar Lopez
c/o Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35213
(205) 314-0500

Expected to testify as to the personal protective equipment and other equipment that plaintiff is required to wear, use and sanitize, in order to perform the duties of each job position performed for defendant, and the amount of time that it takes to do such activities at the beginning of the shift, during each break period and at the end of the shift. Expected to testify as to work rules and policies of defendant, and as to defendant's enforcement of said rules and policies. Also expected to testify as to job history with defendant, dates of employment, and job positions held.

121.   Ken Mericle
       21 Pinehurst Circle
       Madison, Wisconsin 53717

Expected to testify to information gathered, analyzed and used in his expert report provided in this matter.  Dr. Mericle is expected to testify to the methods used for his time study and the scientific principles and methods recognized in his field of expertise and used in the preparation of his report. In addition, expected to testify to the matters covered in his depositions.

122.   Karen Allen
       Wiggins, Childs, Quinn & Pantazis, LLC
       The Kress Building
       301 19th Street North
       Birmingham, AL 35213
       (205) 314-0500

Expected to testify as to the calculations of back pay for the plaintiffs and plaintiffs' class and the preparation of the back pay charts reflecting the damages for plaintiffs and plaintiffs' class.

123.   Edwin Bradley

Expected to testify as to the calculations of back pay for the plaintiffs and plaintiffs' class and the preparation of the back pay charts reflecting the damages for plaintiffs and plaintiffs' class.

124.   Liesl M. Fox

Expected to testify as to the calculations of back pay for the plaintiffs and plaintiffs' class and the preparation of the back pay charts reflecting the damages for plaintiffs and plaintiffs' class.

125.   William E. Sager[2]
       c/o Hunton & Williams, LLP
       1900 K Street, N.W.
       Washington, DC 20006
       (202) 419-2116

---

[2]Pursuant to an agreement of the parties, Defendant's counsel has agreed to accept service of subpoenas for defendant's representatives and witnesses.  Therefore, defense counsel's address will be used for these witnesses.  In the event Defendant does not accept service and bring a listed witness to testify live at trial, Plaintiffs reserve the right to present this witness by deposition testimony.

43

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his depositions, including by selected extracts of said depositions.

126.   Elizabeth J. Stough
       c/o Hunton & Williams, LLP
       1900 K Street, N.W.
       Washington, DC 20006
       (202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in her depositions, including by selected extracts of said depositions.

127.   Kenneth J. Kimbro
       c/o Hunton & Williams, LLP
       1900 K Street, N.W.
       Washington, DC 20006
       (202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

128.   Jorge Sandoval
       c/o Hunton & Williams, LLP
       1900 K Street, N.W.
       Washington, DC 20006
       (202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his depositions, including by selected extracts of said deposition..

129.   Daniel Lindgren
       c/o Hunton & Williams, LLP
       1900 K Street, N.W.
       Washington, DC 20006
       (202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

44

130. Danny Paul Hacker, Jr.
c/o Hunton & Williams, LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

131. James R. Lehmkuhl
c/o Hunton & Williams, LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

132. John Sebben
c/o Hunton & Williams, LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

133. Kenneth Knecht
c/o Hunton & Williams, LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

134. Lonny Jepsen
c/o Hunton & Williams, LLP
1900 K Street, N.W.

45

Washington, DC 20006
(202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

135. Mrylon Kizer
c/o Hunton & Williams, LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

136. Jim Schmitz
c/o Hunton & Williams, LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 419-2116

Expected to testify as defendant's corporate representative and as to defendant's polices, practices and work rules. In addition, expected to testify to the matters covered in his deposition, including by selected extracts of said deposition.

137. Any custodian of record witness necessary to authenticate documents produced in this matter.

138. Any witness needed for impeachment.

138. Any witness included on Defendant's witness list.

139. Any necessary rebuttal witness.

Respectfully submitted,

/s/ Candis A. McGowan
Candis A. McGowan
Robert L. Wiggins

OF COUNSEL:

46

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)

BRIAN P. MCCAFFERTY
Kenney & McCafferty
3031 C Walton Road, Suite 202
Plymouth Meeting, P A 19462
(610) 940-0327
(610) 940-0284 (facsimile)

MICHAEL HAMILTON
Provost Umphrey Law Firm, LLP
2021 Richard Jones Road, Suite 300
Nashville, TN 37215
(615) 242-0199
(615) 256-5922 (facsimile)

ROGER K. DOOLITTLE
460 Briarwood Drive, Suite500
Jackson, MS 39206
(601) 957-9777
(601) 957-9779 (facsimile)

Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel via electronic mail delivery of same, properly addressed, to the following:

Allison Dana Balus
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102

David J. Kramer
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

Evangeline C. Paschal
Hunton & Williams, LLP
1900 K. Street, NW
Washington, DC 20006

Heidi Ann Guttau-Fox
Baird, Holm, McEachen, Pedersen, Hamann & Strasheim
1500 Woodmen Tower
Omaha, NE 68102

Michael J. Mueller
Hunton & Williams LLP
1900 K. Street, NW
Washington, DC 20006

Steven D. Davidson
Baird Holm McEachen Pedersen Hamann & Strasheim
1500 Woodmen Tower
Omaha, NE 68102

This 15th day of October, 2010.

/s/ Candis A. McGowan
OF COUNSEL