**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION -- SIOUX CITY**


**PEG BOUAPHAKEO, et al.,**          **Case No. 5:07-cv-04009-JAJ-TJS**

        **Plaintiffs**

**Vs.**

**TYSON FOODS, INC.**

        **Defendant.**


## PLAINTIFFS' PROPOSED VERDICT FORM

We the members of the jury find from all the evidence as follows:


    1.    Did the employees of Tyson Foods perform any compensable work for which they were not compensated?


        _____Yes            _____No


    2.    If you answered "yes" to question 1, was the uncompensated time, as a whole, *de minimis*?


        _____Yes            _____No


    3.    If you answered "yes" to question 1 and "no" to question 2, how much unpaid overtime does Tyson Foods owe to Plaintiffs?


        _____


                    _____
                    Foreperson

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that I have served a copy of the foregoing on counsel via electronic mail delivery of same, properly addressed, to the following:

   Allison Dana Balus
   Baird  Holm LLP
   1500 Woodmen Tower
   Omaha, NE 68102

   David J. Kramer
   Baird Holm LLP
   1500 Woodmen Tower
   Omaha, NE 68102

   Evangeline C. Paschal
   Hunton & Williams, LLP
   1900 K Street N.W.
   Washington, DC 20006

   Michael J. Mueller
   Hunton & Williams LLP
   1900 K Street NW
   Washington, DC 20006

   Steven D. Davidson
   Baird Holm McEachen Pedersen Hamann & Strasheim
   1500 Woodmen Tower
   Omaha, NE 68102

   Richard J. Sapp
   Ryan Koopmans
   Nyemaster, Goode, Hansell & O'Brien, P.C.
   700 Walnut Street, Suite 1600
   Des Moines, IA 50309-3899

   This 19th day of October, 2010

          /s/Michael Hamilton_____