# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION - SIOUX CITY

| | |
|---|---|
| PEG BOUAPHAKEO, et al., | ) |
| Plaintiffs, | ) |
| v. | )  Civil No. 5:07-cv-04009-JAJ-TJS |
| TYSON FOODS, INC. | ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PAID BREAK PERIODS

Come the plaintiffs, who move *in limine* for entry of an Order excluding evidence or argument about paid break periods that are not part of the claims or defense in the case. As grounds, plaintiffs state the following:

1. Plaintiffs make no claim in this case related to paid breaks.

2. The defendant asserts no defense or set-off in this case based on paid breaks.

3. Paid breaks are completely irrelevant to the claims and defenses in this case and have the potential of confusing the jury about the unpaid breaks and other parts of the workday that are at issue.

WHEREFORE, plaintiffs move *in limine* for entry of an Order excluding any

1

evidence or argument about paid break periods.

Respectfully submitted,

| | |
|---|---|
| Brian P. Mccafferty | /s/ Robert L. Wiggins, Jr. |
| Kenney & McCafferty | Robert L. Wiggins |
| 3031 C Walton Road, Suite 202 | Candis A. McGowan |
| Plymouth Meeting, P A 19462 | Jacob A. Kiser |
| (610) 940-0327 | WIGGINS, CHILDS, QUINN |
| (610) 940-0284 (facsimile) | & PANTAZIS, L.L.C. |
| | The Kress Building |
| | 301 19th Street North |
| | Birmingham, Alabama 35203 |
| | (205) 314-0500 |
| | (205) 254-1500 (facsimile) |
| | |
| Michael Hamilton | Roger K. Doolittle |
| Provost Umphrey Law Firm, LLP | 460 Briarwood Drive, Suite500 |
| 2021 Richard Jones Road, Suite 300 | Jackson, MS 39206 |
| Nashville, TN 37215 | (601) 957-9777 |
| (615) 242-0199 | (601) 957-9779 (facsimile) |
| (615) 256-5922 (facsimile) | |

Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel via electronic mail delivery of same, properly addressed, to the following:

Allison Dana Balus
Baird Holm, LLP
1500 Woodmen Tower
Omaha, NE 68102

David J. Kramer
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

Evangeline C. Paschal
Hunton & Williams, LLP
2200 Pennsylvania Ave., N.W,
Washington, DC 20037

Michael J. Mueller
Hunton & Williams LLP
2200 Pennsylvania Ave N.W.
Washington, DC 20037

Steven D. Davidson
Baird Holm McEachen Pedersen
Hamann & Strasheim
1500 Woodmen Tower
Omaha, NE 68102

Richard J. Sapp
Ryan Koopmans
Frank B. Harty
Nyemaster, Goode,
Hansell & O'brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899

This 1st day of July, 2011.

/s/ Robert L. Wiggins, Jr.