# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION – SIOUX CITY

PEG BOUAPHAKEO, et al. individually and
on behalf of a class of others similarly
situated,

Plaintiffs,

v.

TYSON FOODS, INC.,

Defendant.

Docket No. 5:07-CV-04009 JAJ

| DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2001 | Exemplar of Frock | | | | | | |
| D-2002 | Exemplar of "Whites" (White Shirt and White Pants) | | | | | | |
| D-2003 | Exemplar of Hairnet | | | | | | |
| D-2004 | Exemplar of Earplugs | | | | | | |
| D-2005 | Exemplar of Beardnet | | | | | | |
| D-2006 | Exemplar of Hard Hat | | | | | | |
| D-2007 | Exemplar of Cotton Gloves | | | | | | |

| | | DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Objection** | | **Trial Status** | | |
| | | | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| D-2008 | Exemplar of Rubber Gloves | | | | | | |
| D-2009 | Exemplar of Plastic Apron | | | | | | |
| D-2010 | Exemplar of Safety Glasses | | | | | | |
| D-2011 | Exemplar of Boots | | | | | | |
| D-2012 | Exemplar of Plastic Sleeve | | | | | | |
| D-2013 | "A Time Analysis Verification Study for the Put-On, Removal, and Cleaning on Personal Protective Equipment at IBP, Inc." submitted to DOL, dated 12/14/1998 [name "IBP" redacted throughout] (TS-0000267-TS-0000345) | | | | | | |
| D-2014 | Memorandum, "Pay Practices," dated 4/22/1998 [name "IBP" redacted throughout] | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| **DEFENDANT'S FINAL TRIAL EXHIBIT LIST** | | | | | | | |
| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | (TYSp-000SLPL-003-00000410) | | | | | | |
| D-2015 | Walk Time Calculation, diagrammed on blueprints of plant, dated 5/31/2006 (TS-0000012-TS-0000016) | | | | | | |
| D-2016 | Time Calculation, 2006 (TS-0000030-TS-0000047) | | | | | | |
| D-2017 | Time Calculation, 2006 [info related to other plants redacted throughout] (TS-00196777-TS-00196807) | | | | | | |
| D-2018 | Wage and Hour Payment of Minutes Assessment Action Plan, 2006 (TS-00196808) | | | | | | |
| D-2019 | "Specs for Paying K Code Minutes By: Location, Department, | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| | Jobcode and/or Location, Jobcode" effective 1/1/2007 (TSE00193317) | | | | | | |
| D-2020 | Memorandum, "Work Code Specific Pre/Post Shift Compensation," dated 2/5/2007 (TS-00175471) | | | | | | |
| D-2021 | "Pre/Post Shift Options – Fresh Meats," dated 5/27/2009 (TSE00194713) | | | | | | |
| D-2022 | Memorandum, "Changes in the work day,"[1] 6/14/2010 [first sentence and first two words of second sentence redacted] (TSE00196765-TSE00196776) | | | | | | |
| D-2023 | Storm Lake K-Code Times, dated 2/2/2007 (TYSp- | | | | | | |

---

1 Defendant is listing this provisionally. As stated in Defendant's motion in limine to exclude evidence of the June 2010 changes to the workday, neither party should be permitted to offer evidence on this subject.

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | 000SLPL-007-00003266-TYSp-000SLPL-007-00003268) | | | | | | |
| D-2024 | List of Positions at Storm Lake by Job Codes (TS-0000048-TS-0000064) | | | | | | |
| D-2025 | "Storm Lake Donning and Donning Minutes Per Work Code," as of 10/13/2009 (TS-0000419-TS-0000434) | | | | | | |
| D-2026 | Safety Policy (TS-0000455) | | | | | | |
| D-2027 | Safety Procedure No. 1, Personal Protective (Safety) Equipment (TS-0000456) | | | | | | |
| D-2028 | Hearing Conservation Training (TS-0000484) | | | | | | |
| D-2029 | Orientation Program, Storm Lake Hourly (TS-0000491- | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| | TS-0000500) | | | | | | |
| D-2030 | Safety Shoe Policy (TSE0193147) | | | | | | |
| D-2031 | Green Handle "Low Maintenance Steels" sign off (TS-0000449) | | | | | | |
| D-2032 | Tyson Foods, Inc. Policy: Hourly Attendance Policy (TSE00193111-TSE00193113) | | | | | | |
| D-2033 | Team Member Bill of Rights (TSE00194338) | | | | | | |
| D-2034 | Time & Attendance Instructions and Reports [name "IBP" redacted throughout] (TYSp-000SLPL-007-00002664-TYSp-000SLPL-007-00002743) | | | | | | |
| D-2035 | Blueprints of the Storm Lake facility (TS-000001-TS- | | | | | | |

The table is titled **DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | 000002, TS-000591-TS-000594) | | | | | | |
| D-2036 | Job Safety Analysis, Box Maker (TYSp-000SLPL-007-00000873) | | | | | | |
| D-2037 | Job Safety Analysis, Pack Casings (TYSp-000SLPL-007-00001404) | | | | | | |
| D-2038 | Job Safety Analysis, Fork Lift Operator (TYSp-000SLPL-007-00001462) | | | | | | |
| D-2039 | Job Safety Analysis, Combo Loader (TYSp-000SLPL-007-00001463) | | | | | | |
| D-2040 | Separation Notification Form, Mario Martinez, effective 2/22/2006 | | | | | | |
| D-2041 | Incident Report, Mario Martinez | | | | | | |
| D-2042 | Disciplinary | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Action Memo, Subject: Mario Martinez, dated 2/20/2006 | | | | | | |
| D-2043 | Calendar Card Reporting, Disciplinary Action, Javier V. Frayre, run date 12/1/2003 | | | | | | |
| D-2044 | Incident Report, Pete Rollinger | | | | | | |
| D-2045 | TM Discipline Letter, Pete G. Rollinger, dated 8/11/2005 | | | | | | |
| D-2046 | Calendar Card Reporting, Disciplinary Action, Pete G. Rollinger, run date 11/8/2001 | | | | | | |
| D-2047 | Calendar Card Reporting, Disciplinary Action, Pete G. Rollinger, run date 6/7/2002 | | | | | | |
| D-2048 | Incident Report, Pete Rollinger | | | | | | |
| D-2049 | Handwritten Notes, Subject: Sexual Harassment, | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| | dated November 2, 2001 | | | | | | |
| D-2050 | Handwritten Notes, Re: Pete Rolling and Maria C. Leon, dated November 2, 2001 | | | | | | |
| D-2051 | WITHDRAWN | | | | | | |
| D-2052 | WITHDRAWN | | | | | | |
| D-2053 | WITHDRAWN | | | | | | |
| D-2054 | WITHDRAWN | | | | | | |
| D-2055 | WITHDRAWN | | | | | | |
| D-2056 | WITHDRAWN | | | | | | |
| D-2057 | WITHDRAWN | | | | | | |
| D-2058 | WITHDRAWN | | | | | | |
| D-2059 | WITHDRAWN | | | | | | |
| D-2060 | ASE Video, Camera 2 9/16/2009, Start Time (0:27:29) - Stop Time (00:27:59) | | | | | | |
| D-2061 | ASE Video, Camera 2, 9/16/2009, Start Time (0:27:59) - Stop Time | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | (00:28:29) | | | | | | |
| D-2062 | ASE Video, Camera 2, 9/17/2009, Start Time (0:15:49) - Stop Time (00:17:49) | | | | | | |
| D-2063 | ASE Video, Camera 2, 9/17/2009, Start Time (0:02:53) - Stop Time (00:03:33) | | | | | | |
| D-2064 | ASE Video, Camera 2, 9/17/2009, Start Time (0:01:45) - Stop Time (00:03:05) | | | | | | |
| D-2065 | ASE Video, Camera 3, 9/17/2009, Start Time (0:07:08) - Stop Time (00:07:25) | | | | | | |
| D-2066 | ASE Video, Camera 3, 9/16/2009, Start Time (0:02:10) - Stop Time (00:06:14) | | | | | | |
| D-2067 | ASE Video, Camera 3, 9/16/2009, Start Time (0:05:14) | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | - Stop Time (00:06:14) | | | | | | |
| D-2068 | ASE Video, Camera 3, 9/17/2009, Start Time (0:16:00) - Stop Time (00:18:00) | | | | | | |
| D-2069 | ASE Video, Camera 3, 9/17/2009, Start Time (0:12:56) - Stop Time (00:14:56) | | | | | | |
| D-2070 | ASE Video, Camera 4, 9/17/2009, Start Time (0:20:11) - Stop Time (00:22:11) | | | | | | |
| D-2071 | ASE Video, Camera 4, 9/17/2009, Start Time (0:19:22) - Stop Time (00:21:22) | | | | | | |
| D-2072 | ASE Video, Camera 5, 9/16/2009, Start Time (0:07:56) - Stop Time (00:08:56) | | | | | | |
| D-2073 | Video Clips of Plaintiffs' Trial | | | | | | |

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Witnesses [video footage taken by Dr. Mericle's team of any of Plaintiffs' trial witnesses][2] | | | | | | |
| D-2074 | Mericle Video Clip, Sequence # 596, 4/23/2009/2009, Start Time (21:46:05) - Stop Time (21:48:05) | | | | | | |
| D-2075 | Mericle Video Clip, Sequence # 73, 4/23/2009, Start Time (12:40:13) - Stop Time (12:44:44) | | | | | | |
| D-2076 | Mericle Video Clip , Sequence #75, 4/23/2009, Start Time (14:36:15) - Stop Time (14:40:03) | | | | | | |
| D-2077 | Mericle Video Clip, Sequence # 465, 4/24/2009, Start | | | | | | |

---

[2] Defendant reserves the right to identify such video clips after it has received Plaintiffs' trial witness list and the Court has ruled on which of those witnesses are permitted to testify.

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| | Time (14:42:19) - Stop Time (14:47:35) | | | | | | |
| D-2078 | Mericle Video Clip, Sequence # 737, 4/24/2009, Start Time (7:18:50) - Stop Time (7:21:43) | | | | | | |
| D-2079 | Mericle Video Clip, Sequence # 162, 4/24/2009, Start Time (6:14:09) - Stop Time (6:15:41) | | | | | | |
| D-2080 | Mericle Video Clip , Sequence # 743, 4/24/2009, Start Time (7:30:07) - Stop Time (7:31:02) | | | | | | |
| D-2081 | Mericle Video Clip, Sequence # 463/Disk, 4/24/2009, Start Time (14:38:49) - Stop Time (14:46:25) | | | | | | |
| D-2082 | Mericle Video Clip, Sequence # 389, 4/24/2009, Start Time (7:12:52) | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | - Stop Time (7:17:25) | | | | | | |
| D-2083 | Mericle Video Clip, Sequence # 346, 4/23/2009, Start Time (16:01:52) - Stop Time (16:06:20) | | | | | | |
| D-2084 | Mericle Video Clip, Sequence # 381, 4/24/2009, Start Time (5:38:30) - Stop Time (5:48:50) | | | | | | |
| D-2085 | Mericle Video Clip, Sequence # 727, 4/24/2009, Start Time (6:10:18) - Stop Time (6:15:26) | | | | | | |
| D-2086 | Mericle Video Clip, Sequence # 192, 4/24/2009, Start Time (12:00:12) - Stop Time (12:04:07) | | | | | | |
| D-2087 | Mericle Video Clip, Sequence # 132, 4/23/2009, Start Time (21:59:40) - Stop Time | | | | | | |

| | | DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Objection** | | **Trial Status** | | |
| | | | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| | (22:02:57) | | | | | | |
| D-2088 | Mericle Video Clip, Sequence # 422, 4/24/2009, Start Time (12:16:05) - Stop Time (12:16:35) | | | | | | |
| D-2089 | Mericle Video Clip, Sequence # 382, 4/23/2009 or 24, Start Time (6:13:29) - Stop Time (6:16:33) | | | | | | |
| D-2090 | Mericle Video Clip, Sequence # 383, 4/24/2009, Start Time (6:17:25) - Stop Time (6:21:02) | | | | | | |
| D-2091 | Mericle Video Clip, Sequence # 743, 4/24/2009, Start Time (7:30:07) - Stop Time (7:31:02) | | | | | | |
| D-2092 | Mericle Video Clip, Sequence # 456, 4/24/2009, Start Time (14:25:55) - Stop Time (14:35:11) | | | | | | |

Case 5:07-cv-04009-JAJ   Document 230   Filed 09/01/11   Page 15 of 54

| DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2093 | Mericle Video Clip, Sequence # 463, 4/24/2009, Start Time (14:38:49) - Stop Time (14:46:25) | | | | | | |
| D-2094 | Mericle Video Clip, Sequence # 88, 4/23/2009, Start Time (15:59:41) - Stop Time (16:03:39) | | | | | | |
| D-2095 | Mericle Video Clip, Sequence # 273, 4/24/2009, Start Time (14:33:43) - Stop Time (14:38:59) | | | | | | |
| D-2096 | Mericle Video Clip, Disk 10, 4/23/2009, Start Time (15:55:20) - Stop Time (15:55:40) | | | | | | |
| D-2097 | Mericle Video Clip, Disk 17, 4/24/2009, Start Time (7:20:10) - Stop Time (7:20:15) | | | | | | |
| D-2098 | Mericle Video Clip, Sequence # 100, | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | 4/23/2009, Start Time (16:08:00) - Stop Time (16:08:35) | | | | | | |
| D-2099 | Mericle Video Clip, Disk 11, 4/23/2009, Start Time (15:59:35) - Stop Time (16:00:02) | | | | | | |
| D-2100 | Mericle Video Clip, Disk 13, 4/24/2009, Start Time (11:31:40) - Stop Time (11:32:45) | | | | | | |
| D-2101 | Mericle Video Clip, Disk 4, 4/23/2009, Start Time (21:26:45) - Stop Time (21:28:36) | | | | | | |
| D-2102 | Mericle Video Clip, Disk 16, 4/23/2009, Start Time (1:12:15) - Stop Time (1:12:36) | | | | | | |
| D-2103 | Mericle Video Clip, Disk 5, 4/23/2009, Start Time (5:38:28) - Stop Time (5:44:52) | | | | | | |
| D-2104 | Mericle Video | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| | DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Objection** | | **Trial Status** | | | |
| | | | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** | |
| | Clip, Sequence # 166, 4/23/2009, Start Time (6:17:55) - Stop Time (6:19:53) | | | | | | | |
| D-2105 | Mericle Video Clip, Disk 5, 4/23/2009, Start Time (6:17:38) - Stop Time (6:18:36) | | | | | | | |
| D-2106 | Mericle Video Clip, Disk 11, 4/23/2009, Start Time (22:07:05) - Stop Time (22:08:05) | | | | | | | |
| D-2107 | Mericle Video Clip, Sequence # 405, 4/24/2009, Start Time (11:56:45) - Stop Time (12:00:03) | | | | | | | |
| D-2108 | Mericle Video Clip, Sequence # 343, 4/23/2009, Start Time (15:55:39) - Stop Time (15:57:07) | | | | | | | |
| D-2109 | Mericle Video Clip, Sequence # 344, 4/23/2009, Start | | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Time (15:56:21) - Stop Time (15:57:36) | | | | | | |
| D-2110 | Mericle Video Clip, Disk 11, 4/23/2009, Start Time (16:00:16) - Stop Time (16:00:44) | | | | | | |
| D-2111 | Mericle Video Clip, Sequence # 2, 4/23/2009, Start Time (11:29:15) - Stop Time (11:54:00) | | | | | | |
| D-2112 | Mericle Video Clip, Disk 2, 4/23/2009, Start Time (11:53:58) - Stop Time (12:16:00) | | | | | | |
| D-2113 | Mericle Video Clip, Disk 2, 4/23/2009, Start Time (12:40:30) - Stop Time (12:47:00) | | | | | | |
| D-2114 | Mericle Video Clip, Disk 6, 4/24/2009, Start Time (11:31:05) - Stop Time (11:40:40) | | | | | | |
| D-2115 | Mericle Video | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| | Clip, Disk 6, 4/24/2009, Start Time (11:52:17) - Stop Time (12:00:00) | | | | | | |
| D-2116 | Mericle Video Clip, Disk 12, 4/24/2009, Start Time (6:12:20) - Stop Time (6:15:40) | | | | | | |
| D-2117 | Mericle Video Clip, Disk 12, 4/24/2009, Start Time (6:21:27) - Stop Time (6:21;50) | | | | | | |
| D-2118 | Mericle Video Clip, Disk 4, 4/23/2009, Start Time (22:03:00) - Stop Time (22:06:00) | | | | | | |
| D-2119 | Mericle Video Clip, Sequence # 76, 4/23/2009, Start Time (14:44:02) - Stop Time (14:49:05) | | | | | | |
| D-2120 | Mericle Video Clip, Sequence # 77, 4/23/2009, Start Time (14:44:00) - Stop Time | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | (14:47:38) | | | | | | |
| D-2121 | Mericle Video Clip, Sequence # 83, 4/23/2009, Start Time (14:53:33) - Stop Time (14:58:48) | | | | | | |
| D-2122 | Mericle Video Clip, Sequence # 84, 4/23/2009, Start Time (14:57:01) - Stop Time (15:00:16) | | | | | | |
| D-2123 | Mericle Video Clip, Sequence # 270, 4/24/2009, Start Time (14:27:40) - Stop Time (14:32:35) | | | | | | |
| D-2124 | Mericle Video Clip, Sequence # 360, 4/23/2009 or 24, Start Time (16:08:17) - Stop Time (16:13:15) | | | | | | |
| D-2125 | Mericle Video Clip, Sequence # 463, 4/24/2009, Start Time (14:38:49) - Stop Time | | | | | | |

| **DEFENDANT'S FINAL TRIAL EXHIBIT LIST** |
|---|

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | (14:46:25) | | | | | | |
| D-2126 | Mericle Video Clip, Sequence # 150, 4/24/2009, Start Time (5:38:51) - Stop Time (5:44:50) | | | | | | |
| D-2127 | Mericle Video Clip, Sequence # 156, 4/24/2009, Start Time (5:48:13) - Stop Time (5:54:53) | | | | | | |
| D-2128 | Mericle Video Clip, Disk 5, 4/24/2009, Start Time (5:57:06) - Stop Time (5:59:34) | | | | | | |
| D-2129 | Mericle Video Clip, Disk 5, 4/24/2009, Start Time (6:13:33) - Stop Time (6:15:33) | | | | | | |
| D-2130 | Mericle Video Clip, Disk 5, 4/24/2009, Start Time (5:48:13) - Stop Time (5:54:33) | | | | | | |
| D-2131 | Mericle Video Clip, Disk 7, | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | 4/24/2009, Start Time (14:27:40) - Stop Time (14:32:35) | | | | | | |
| D-2132 | Mericle Video Clip, Disk 17, 4/24/2009, Start Time (6:10:34) - Stop Time (6:13:02) | | | | | | |
| D-2133 | Mericle Video Clip, Disk 17, 4/24/2009, Start Time (7:31:57) - Stop Time (7:30:43) | | | | | | |
| D-2134 | Mericle Video Clip, Disk 17, 4/24/2009, Start Time (7:29:28) - Stop Time (7:30:43) | | | | | | |
| D-2135 | Mericle Video Clip, Sequence # 79, 4/23/2009, Start Time (14:50:46) - Stop Time (14:53:24) | | | | | | |
| D-2136 | Mericle Video Clip, Sequence # 81, 4/23/2009, Start Time (14:52:29) - Stop Time (14:54:16) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2137 | Mericle Video Clip, Sequence # 82, 4/23/2009, Start Time (14:52:46) - Stop Time (14:55:02) | | | | | | |
| D-2138 | Mericle Video Clip, Sequence # 126, 4/23/2009, Start Time (21:50:35) - Stop Time (21:56:56) | | | | | | |
| D-2139 | Mericle Video Clip, Sequence # 172 ,4/24/2009, Start Time (11:29:26) - Stop Time (11:32:16) | | | | | | |
| D-2140 | Mericle Video Clip, Sequence # 191, 4/24/2009, Start Time (11:59:52) - Stop Time (12:02:21) | | | | | | |
| D-2141 | Mericle Video Clip, Sequence # 192, 4/24/2009, Start Time (12:00:12) - Stop Time (12:04:07) | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2142 | Mericle Video Clip, Sequence # 195, 4/24/2009, Start Time (12:01:20) - Stop Time (12:03:52) | | | | | | |
| D-2143 | Mericle Video Clip, Sequence # 197, 4/24/2009, Start Time (12:01:37) - Stop Time (12:03:37) | | | | | | |
| D-2144 | Mericle Video Clip, Sequence # 199, 4/24/2009, Start Time (12:13:06) - Stop Time (12:15:31) | | | | | | |
| D-2145 | Mericle Video Clip, Sequence # 200, 4/24/2009, Start Time (12:13:06) - Stop Time (12:15:55) | | | | | | |
| D-2146 | Mericle Video Clip, Sequence # 249, 4/24/2009, Start Time (13:46:30) - Stop Time (13:46:53) | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| D-2147 | Mericle Video Clip, Sequence # 250, 4/24/2009, Start Time (13:46:53) - Stop Time (13:46:56) | | | | | | |
| D-2148 | Mericle Video Clip, Sequence # 251, 4/24/2009, Start Time (13:46:56) - Stop Time (13:47:00) | | | | | | |
| D-2149 | Mericle Video Clip, Sequence # 252, 4/24/2009, Start Time (13:47:07) - Stop Time (13:47:10) | | | | | | |
| D-2150 | Mericle Video Clip, Sequence # 253, 4/24/2009, Start Time (13:47:10) - Stop Time (13:47:13) | | | | | | |
| D-2151 | Mericle Video Clip, Sequence # 254, 4/24/2009, Start Time (13:47:13) - Stop Time (13:47:19) | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| | DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2152 | Mericle Video Clip, Sequence # 255, 4/24/2009, Start Time (13:47:31) - Stop Time (13:47:37) | | | | | | |
| D-2153 | Mericle Video Clip, Sequence # 256, 4/24/2009, Start Time (13:48:02) - Stop Time (13:48:08) | | | | | | |
| D-2154 | Mericle Video Clip, Sequence # 257, 4/24/2009, Start Time (13:48:26) - Stop Time (13:48:136) | | | | | | |
| D-2155 | Mericle Video Clip, Sequence # 258, 4/24/2009, Start Time (13:48:32) - Stop Time (13:48:38) | | | | | | |
| D-2156 | Mericle Video Clip, Sequence # 259, 4/24/2009, Start Time (13:48:54) - Stop Time (13:49:01) | | | | | | |

| | | **DEFENDANT'S FINAL TRIAL EXHIBIT LIST** | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Objection** | | **Trial Status** | | |
| | | | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| D-2157 | Mericle Video Clip, Sequence # 260, 4/24/2009, Start Time (13:49:12) - Stop Time (13:49:16) | | | | | | |
| D-2158 | Mericle Video Clip, Sequence # 261, 4/24/2009, Start Time (13:49:23) - Stop Time (13:49:30) | | | | | | |
| D-2159 | Mericle Video Clip, Sequence # 262, 4/24/2009, Start Time (13:51:10) - Stop Time (13:53:09) | | | | | | |
| D-2160 | Mericle Video Clip, Sequence # 263, 4/24/2009, Start Time (13:56:19) - Stop Time (13:59:03) | | | | | | |
| D-2161 | Mericle Video Clip, Sequence # 265, 4/24/2009, Start Time (14:25:44) - Stop Time (14:28:48) | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| D-2162 | Mericle Video Clip, Sequence # 266, 4/24/2009, Start Time (14:28:04) - Stop Time (14:30:58) | | | | | | |
| D-2163 | Mericle Video Clip, Sequence # 267, 4/24/2009, Start Time (14:28:22) - Stop Time (14:30:58) | | | | | | |
| D-2164 | Mericle Video Clip, Sequence # 311, 4/23/2009, Start Time (12:22:14) - Stop Time (12:27:53) | | | | | | |
| D-2165 | Mericle Video Clip, Sequence # 117, 4/23/2009, Start Time (21:28:36) - Stop Time (21:29:46) | | | | | | |
| D-2166 | Mericle Video Clip, Sequence # 118, 4/23/2009, Start Time (21:28:36) - Stop Time (21:30:07) | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2167 | Mericle Video Clip, Sequence # 119, 4/23/2009, Start Time (21:28:36) - Stop Time (21:30:42) | | | | | | |
| D-2168 | Mericle Video Clip, Sequence # 120, 4/23/2009, Start Time (21:28:48) - Stop Time (21:30:39) | | | | | | |
| D-2169 | Mericle Video Clip, Sequence # 121, 4/23/2009, Start Time (21:30:25) - Stop Time (21:31:03) | | | | | | |
| D-2170 | Mericle Video Clip, Sequence # 365, 4/23/2009, Start Time (21:28:56) - Stop Time (21:31:04) | | | | | | |
| D-2171 | Mericle Video Clip, Sequence # 366, 4/23/2009, Start Time (21:28:58) - Stop Time (21:30:46) | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| D-2172 | Mericle Video Clip, Sequence # 367, 4/23/2009, Start Time (21:29:07) - Stop Time (21:31:43) | | | | | | |
| D-2173 | Mericle Video Clip, Sequence # 368, 4/23/2009, Start Time (21:29:10) - Stop Time (21:31:26) | | | | | | |
| D-2174 | Mericle Video Clip, Sequence # 369, 4/23/2009, Start Time (21:30:45) - Stop Time (21:31:22) | | | | | | |
| D-2175 | Mericle Video Clip, Sequence # 72, 4/23/2009, Start Time (12:26:34) - Stop Time (12:29:11) | | | | | | |
| D-2176 | Mericle Video Clip, Sequence # 123, 4/23/2009, Start Time (21:50:35) - Stop Time (21:51:58) | | | | | | |

Case 5:07-cv-04009-JAJ   Document 230   Filed 09/01/11   Page 31 of 54

| | | | Objection | | Trial Status | | |
| DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| D-2177 | Mericle Video Clip, Sequence # 275, 4/24/2009, Start Time (14:36:40) - Stop Time (14:39:08) | | | | | | |
| D-2178 | Mericle Video Clip, Sequence # 277, 4/24/2009, Start Time (14:43:31) - Stop Time (14:47:50) | | | | | | |
| D-2179 | Mericle Video Clip, Sequence # 453, 4/24/2009, Start Time (13:56:20) - Stop Time (13:58:48) | | | | | | |
| D-2180 | Mericle Video Clip, Sequence # 454, 4/24/2009, Start Time (14:26:22) - Stop Time (14:30:24) | | | | | | |
| D-2181 | Mericle Video Clip, Sequence # 317, 4/24/2009, Start Time (14:38:37) - Stop Time (14:44:29) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | **DEFENDANT'S FINAL TRIAL EXHIBIT LIST** |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2182 | Mericle Video Clip, Sequence # 318, 4/23/2009, Start Time (14:39:44) - Stop Time (14:42:58) | | | | | | |
| D-2183 | Mericle Video Clip, Sequence # 319, 4/23/2009, Start Time (14:42:07) - Stop Time (14:46:18) | | | | | | |
| D-2184 | Mericle Video Clip, Sequence # 320, 4/23/2009, Start Time (14:48:46) - Stop Time (14:50:51) | | | | | | |
| D-2185 | Mericle Video Clip, Sequence # 321, 4/23/2009, Start Time (14:49:06) - Stop Time (14:51:36) | | | | | | |
| D-2186 | Mericle Video Clip, Sequence # 322, 4/23/2009, Start Time (14:48:10) - Stop Time (14:51:13) | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| D-2187 | Mericle Video Clip, Sequence # 323, 4/23/2009, Start Time (14:50:33) - Stop Time (14:55:10) | | | | | | |
| D-2188 | Mericle Video Clip, Sequence # 324, 4/23/2009, Start Time (14:54:37) - Stop Time (14:57:34) | | | | | | |
| D-2189 | Mericle Video Clip, Sequence # 325, 4/23/2009, Start Time (14:36:40) - Stop Time (14:39:08) | | | | | | |
| D-2190 | Mericle Video Clip, Sequence # 721, 4/24/2009, Start Time (5:55:31) - Stop Time (5:57:19) | | | | | | |
| D-2191 | Mericle Video Clip, Sequence # 161, 4/24/2009, Start Time (6:13:33) - Stop Time (6:15:53) | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| D-2192 | Mericle Video Clip, Sequence # 376, 4/24/2009, Start Time (21:49:43) - Stop Time (21:53:53) | | | | | | |
| D-2193 | Mericle Video Clip, Sequence # 720, 4/24/2009, Start Time (5:54:06) - Stop Time (5:57:04) | | | | | | |
| D-2194 | Mericle Video Clip, Sequence # 727, 4/24/2009, Start Time (6:10:18) - Stop Time (6:15:26) | | | | | | |
| D-2195 | Mericle Video Clip, Sequence # 540, 4/24/2009, Start Time (00:26:23) - Stop Time (00:29:57) | | | | | | |
| D-2196 | Memorandum , "Request Changes in Hours of Operation," dated September 29, 2004 (includes shift schedules) | | | | | | |

| | | | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | (TSE00182231) | | | | | | |
| D-2197 | Job Safety Analysis, Operate Cryovac Machine, signed by Ninoska Balderas | | | | | | |
| D-2198 | Blue Handle "Low Maintenance Steels" sign off, signed by Ninoska Balderas | | | | | | |
| D-2199 | Job Safety Analysis, Skin Butts, signed by Ninoska Balderas | | | | | | |
| D-2200 | Job Safety Analysis, Pack Feet, signed by Ninoska Castillo a/k/a Balderas | | | | | | |
| D-2201 | Job Safety Analysis, Trim Jowls, signed by Ninoska Castillo a/k/a Balderas | | | | | | |
| D-2202 | Job Safety Analysis, Black | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **DEFENDANT'S FINAL TRIAL EXHIBIT LIST** | | | | | | | |
| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Gut Pull, signed by Don Fitchett | | | | | | |
| D-2203 | Job Safety Analysis, Pull & Save Rectums, signed by Don Fitchett | | | | | | |
| D-2204 | Job Safety Analysis, Aside Sets, signed by Don Fitchett | | | | | | |
| D-2205 | Job Safety Analysis, Stomach Feeder, signed by Don Fitchett | | | | | | |
| D-2206 | Job Safety Analysis, Bucket Rectums, signed by Don Fitchett | | | | | | |
| D-2207 | Job Safety Analysis, Cut Stomachs, signed by Don Fitchett | | | | | | |
| D-2208 | Locker and PPE Equipment List for Jose A. Garcia | | | | | | |
| D-2209 | Exit Interview of Jose A. | | | | | | |

| | | | DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | |
|---|---|---|---|---|---|---|---|

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Garcia, dated July 16, 2009 [name "IBP" redacted] | | | | | | |
| D-2210 | Job Safety Analysis, Stunner, signed by Jose A. Garcia | | | | | | |
| D-2211 | Job Safety Analysis, Viscera Inspect signed by Jose A. Garcia | | | | | | |
| D-2212 | Job Safety Analysis, Remove Cord/Castration Marks, signed by Jose A. Garcia | | | | | | |
| D-2213 | Job Safety Analysis, Gut Hogs, signed by Jose A. Garcia | | | | | | |
| D-2214 | Job Safety Analysis, Pull Bung, signed by Jose A. Garcia | | | | | | |
| D-2215 | Blue Handle "Low Maintenance Steels" sign off, signed by Maria Leon | | | | | | |

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2216 | Job Bid Qualification / Disqualification Record for Maria Leon | | | | | | |
| D-2217 | Job Safety Analysis, Butt Multivac Operator, signed by Maria Leon | | | | | | |
| D-2218 | Job Safety Analysis Sign Off, Trim Butts, signed by Maria Leon | | | | | | |
| D-2219 | Blue Handle "Low Maintenance Steels" sign off, signed by Nicolas H. Lovan | | | | | | |
| D-2220 | Retrim Department Safety Rules, signed by Nicolas Lovan | | | | | | |
| D-2221 | Storm Lake Plant Safety Rules, signed by Nicolas Lovan | | | | | | |
| D-2222 | Locker and PPE Equipment List | | | | | | |

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | for Heriberto Renteria | | | | | | |
| D-2223 | Exit Interview of Heriberto Renteria, dated April 16, 2010 | | | | | | |
| D-2224 | Job Safety Analysis, Index Hogs, signed by Jesus A. Montes | | | | | | |
| D-2225 | New Production Work Schedule, Effective June 28, 2010[3] (TSE-00196768) | | | | | | |
| D-2226 | Mericle Video Clip, Disk 10, 4/23/2009, Start Time (2:38:20) - Stop Time (2:42:00) | | | | | | |
| D-2227 | MS Access Database entitled, "Storm Lake Complete Detail" located on CD-Rom entitled, "Composite of Pay and Punch Data Produced | | | | | | |

---

[3] Defendant is listing this provisionally. As stated in Defendant's motion in limine to exclude evidence of the June 2010 changes to the workday, neither party should be permitted to offer evidence on this subject.

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | to Plaintiffs" | | | | | | |
| D-2228 | Rule 1006 Summary Charts Titled "Minutes from Clock-In to Start of Paid Time, By Employee" (for various depts and various dates) | | | | | | |
| D-2229 | Rule 1006 Summary Charts Titled "Minutes from Clock-In to Start of Paid Time, By Date" (for various depts and various dates) | | | | | | |
| D-2230 | Rule 1006 Summary Charts Titled "Minutes from End of Paid Time to Clock-Out, By Employee" (for various depts and various dates) | | | | | | |
| D-2231 | Rule 1006 Summary Charts Titled "Minutes from | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
|---|---|---|---|---|---|---|---|
| | End of Paid Time to Clock-Out, By Date Worked" (for various depts and various dates) | | | | | | |
| D-2232-01 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-02 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-03 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-04 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-05 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-06 | Still Photo of Team Members Wearing | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Clothing and Equipment | | | | | | |
| D-2232-07 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-08 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-09 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-10 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-11 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-12 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232- | Still Photo of Team Members | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| 13 | Wearing Clothing and Equipment | | | | | | |
| D-2232-14 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-15 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-16 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-17 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-18 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-19 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D- | Still Photo of | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| 2232-20 | Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-21 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-22 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-23 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-24 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-25 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-26 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| | | | | | | | |
|---|---|---|---|---|---|---|---|

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2232-27 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-28 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-29 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-30 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-31 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-32 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-33 | Still Photo of Team Members Wearing Clothing and | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Equipment | | | | | | |
| D-2232-34 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-35 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-36 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-37 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-38 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-39 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-40 | Still Photo of Team Members Wearing | | | | | | |

| | | DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Admitted without Objection** | **Objection** | | **Trial Status** | | |
| | | | **Foundation/ Authenticity** | **Other Objection** | **Offered** | **Received** | **Excluded** |
| | Clothing and Equipment | | | | | | |
| D-2232-41 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-42 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-43 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-44 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-45 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-46 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232- | Still Photo of Team Members | | | | | | |

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| 47 | Wearing Clothing and Equipment | | | | | | |
| D-2232-48 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-49 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2232-50 | Still Photo of Team Members Wearing Clothing and Equipment | | | | | | |
| D-2233-01 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-02 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-03 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-04 | Videotape of location in Storm Lake facility | | | | | | |

| | | DEFENDANT'S FINAL TRIAL EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| D-2233-05 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-06 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-07 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-08 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-09 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-10 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-11 | Videotape of location in Storm Lake facility | | | | | | |
| D-2233-12 | Videotape of location in Storm Lake facility | | | | | | |
| D- | Videotape of | | | | | | |

## DEFENDANT'S FINAL TRIAL EXHIBIT LIST

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| 2233-13 | location in Storm Lake facility | | | | | | |
| D-2234 | WITHDRAWN | | | | | | |
| D-2235 | Curriculum Vitae of Dr. Peter H. Nickerson | | | | | | |
| D-2236 | Exhibit C entitled, "Examples of Individuals in Fabrication Departments Who Punch in Prior to Their Scheduled Start Time with Fewer Minutes than Dr. Mericle's Estimate of Pre-Work Donning Time," to Expert Report of Peter H. Nickerson, Ph.D. | | | | | | |
| D-2237 | Exhibit D entitled, "Examples of Individuals in Kill Departments Who Punch in Prior to Their Scheduled Start | | | | | | |

| Exhibit No. | Description | Admitted without Objection | Objection | | Trial Status | | |
|---|---|---|---|---|---|---|---|
| | | | Foundation/ Authenticity | Other Objection | Offered | Received | Excluded |
| | Time with Fewer Minutes than Dr. Mericle's Estimate of Pre-Work Donning Time," to Expert Report of Peter H. Nickerson, Ph.D. | | | | | | |
| D-2238 | Exhibit E entitled, "Percentage of Shifts Paid K time for All Class Members Working After February 4th, 2007 with Dollar Value of the Paid K Time," to Expert Report of Peter H. Nickerson, Ph.D. | | | | | | |

Additionally, defendant reserves the right to present impeachment and rebuttal exhibits,

to present materials listed on plaintiff's exhibit list, and to present unlisted exhibits that are made

necessary by developments during trial that defendant could not reasonably have anticipated.


Dated this 1st Day of September, 2011.

TYSON FOODS, INC., Defendant

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

*/s/ Richard J. Sapp*
Richard J. Sapp AT0006915
Frank B. Harty AT0003356
Ryan Koopmans AT0009366
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone (515) 283-3144
Facsimile: (515) 283-8045
E-Mail: rjs@nyemaster.com

*/s/ Michael J. Mueller*
Michael J. Mueller (admitted *pro hac vice*)
Evangeline C. Paschal (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:  202-955-1500
Facsimile:  202-778-2201
Email: mmueller@hunton.com

## CERTIFICATE OF SERVICE

The undersigned certifies that this 1st day of September 2011, I electronically filed the foregoing

DEFENDANT'S FINAL TRIAL EXHIBIT LIST with the Clerk of the Court using the Court's

CM/ECF filing system, which will serve notice of electronic filing upon the following:

Brian P. McCafferty, Esq.
MacDonald Smith, Esq.
Richard L. Kaspari, Esq.
W. Michael Hamilton, Esq.
Roger K. Doolittle, Esq.
Candis A. McGowan, Esq.
Robert L. Wiggins, Esq.
Jacob A. Kiser, Esq.
Daniel E. Arciniegas, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

None.

*/s/ Michael J. Mueller*
Counsel for Defendant