# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION – SIOUX CITY

| | |
|---|---|
| PEG BOUAPHAKEO, et al and on behalf of themselves and all other similarly situated individuals, | ) ) ) ) Docket No.: 5:07-cv-04009-JAJ |
| Plaintiffs, | ) |
| v. | ) |
| TYSON FOODS, INC. (d/b/a TYSON FRESH MEATS, INC.) | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' UNOPPOSED EXPEDITED MOTION TO APPROVE FORM OF NOTICE OF MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES

Plaintiffs Peg Bouaphakeo, et al. hereby file this Expedited Motion For Approval of Form of Notice of Motion For Award of Reasonable Attorneys' Fees and Expenses and respectfully request the Court enter the proposed Order attached hereto as Exhibit "A". Specifically, Plaintiffs request that the Court:

1. Approve the form of Notice of Motion For Award of Attorneys' Fees And Expenses attached hereto as Exhibit "B;"

2. Direct Brown Greer, PLC, the court appointed Settlement Administrator to mail the Notice to class members in accordance with Federal Rule of Civil Procedure 23(h)(1) and the terms of the Settlement Agreement; and

3. Enter on the docket in this action a notice that at the Fairness Hearing scheduled on October 11, 2017 at 12:00 pm in Des Moines, Iowa the Court will address all contested issues in both Edwards and Bouaphakeo including the Motion For Award of Reasonable Attorneys' Fees and Expenses.

Respectfully Submitted,

/s/ Michael Hamilton
Michael Hamilton
Provost Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
(615) 297-1932

Robert L. Wiggins
Candis A. McGowan
Wiggins, Childs, Pantazis, Fisher & Goldfard
The Kress Building, 301 19th Street, North
Birmingham, AL 35203

Roger K. Doolittle
460 Briarwood Drive, Ste. 500
Jackson, MS 39206

Brian McCafferty
Kenney & McCafferty
1787 Sentry Park West
Building 18, Ste. 410
Blue Bell, PA 19422

Jay M. Smith
Smith & McElwain Law Office
530 Frances Building, 505 5th Street
P.O. Box 1194
Sioux City, IA 51102

## CERTIFICATE OF SERVICE

I hereby certify that I have filed today, September 27th, 2017, by CM/ECF the above and foregoing Plaintiffs' Unopposed Expedited Motion To Approve Form of Notice of Motion For Award of Reasonable Attorneys' Fees and Expenses served electronically on:

Thomas E. Johnson
Allison Dana Balus
Baird Holm, LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102

Evangeline C. Paschal
Michael J. Mueller
Hunton & Williams, LLP
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037

/s/ Michael Hamilton