IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION - SIOUX CITY

PEG BOUAPHAKEO, et al.,      )
                             )
            Plaintiffs,      )
                             )
v.                           )     Civil No. 5:07-cv-04009-JAJ-TJS
                             )
TYSON FOODS, INC.            )

## PLAINTIFFS' SUPPLEMENTAL PETITION FOR ATTORNEYS' FEES, EXPENSES AND COSTS

COME the plaintiffs, by and through the undersigned counsel, who pursuant to Rule 54(d), F.R.C.P. and Local Rules of Civil Procedure 54 and 54.1, move this Honorable Court for an award of attorneys' fees and expenses incurred in the prosecution of this case. As grounds, plaintiffs state the following:

1. The parties have agreed to resolve the plaintiffs' claim for attorneys' fees and expenses by the payment of $4,526,425. The parties' agreement states the following:

> 10.6. Plaintiffs' Counsel will receive an award of . . . $4,526,425 in total fees for *Bouaphakeo* . . . .
>
> 10.7. Plaintiffs' Counsel will receive an award of costs of . . . in $279,425.15 in total costs for *Bouaphakeo* . . . .

*Settlement Agreement* at p. 18, ¶¶10.6 & 10.7 (Dkt. 370-4).

2. The time worked on behalf of the plaintiff class in this case totals

1

8,085.4 hours and are itemized in the time itemizations attached hereto. The current and normal hourly rates for litigation similar to this proceeding are also set forth in the attached Declarations and Itemization.

3. The effective hourly rate for such work is $560 per hour based on the $4,526,425 fee set forth in the parties' Settlement Agreement.

4. The plaintiffs' effective hourly rate of $560 is substantially less than the actual hourly rate of the attorneys who contributed the vast majority of the time expended in this case.

5. The 8,085.4 hours spent by plaintiffs' counsel were reasonable for the claims, defenses, work and risk at issue in this matter, the tasks performed and the responsibility undertaken.

6. Hourly rates for cases taken on an at-risk, delayed-payment basis are normally greater than hourly rates for non-contingent representation in which fees are routinely paid without risk or significant delay. Market conditions require that hourly rates for contingent fee litigation take into account the risk of not being paid unless successful and for the delay in payment until the case is favorably concluded.

7. Plaintiffs' adopt their prior Declarations and Itemizations in this case.

8. In addition, the expenses listed in the attached itemizations are reasonable out-of-pocket expenses that are normally passed on to the client and are not absorbed as part of a law firm's overhead. Such expenses were reasonably

necessary in order to successfully prosecute this proceeding.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs move this Honorable Court for an Order requiring the defendant to pay the plaintiffs' attorneys' fees, costs and expenses set forth in the parties' Settlement Agreement.

Respectfully submitted this 28th day of September, 2017.

| | |
|---|---|
| Brian P. Mccafferty<br>Kenney & McCafferty<br>1787 Sentry Park West<br>Building 18, Suite 410<br>Blue Bell, PA 19422<br>(215) 367-4333<br>(215) 367-4335 Fax | s/ Robert L. Wiggins, Jr.<br>Robert L. Wiggins<br>Candis A. McGowan<br>Wiggins, Childs, Pantazis, Fisher<br> & Goldfarb<br>The Kress Building<br>301 19th Street North<br>Birmingham, Alabama 35203<br>(205) 314-0500<br>(205) 254-1500 (facsimile) |
| Michael Hamilton<br>Provost Umphrey Law Firm, LLP<br>Hobbs Bldg., Suite 303<br>4205 Hillsboro Pike<br>Nashville, TN 37215<br>(615) 242-0199<br>(615) 256-5922 (facsimile) | Roger K. Doolittle<br>460 Briarwood Drive, Suite500<br>Jackson, MS 39206<br>(601) 957-9777<br>(601) 957-9779 (facsimile) |
| MacDonald Smith<br>Smith & McElwain Law Office<br>530 Frances Building, 505 Fifth Street<br>P.O. Box 1194<br>Sioux City, Iowa 51102<br>(712) 255-8094<br>(712) 255-2825 | |

Attorneys For Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the above with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. Johnson
Allison Dana Balus
Baird Holm, LLP
1700 Farnam Street
1500 Woodmen Tower
Omaha, NE 68102

Evangeline C. Paschal
Hunton & Williams, LLP
2200 Pennsylvania Ave., N.W,
Washington, DC 20037

Michael J. Mueller
Hunton & Williams LLP
2200 Pennsylvania Ave N.W.
Washington, DC 20037

Emily Burkhardt Vicente
Hunton & Williams, LLP
Suite 2000
550 South Hope Street
Los Angeles, CA 90071

Steven D. Davidson
Baird Holm McEachen Pedersen
Hamann & Strasheim
1500 Woodmen Tower
Omaha, NE 68102

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

    None.

On this 28th day of September, 2017.

    /s/ Robert L. Wiggins, Jr.
    Of Counsel