IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

PEG BOUAPHAKEO, et al.,

    Plaintiffs,

v.

TYSON FOODS, INC., et al.,

    Defendant.

Case No. 5:07-4009-JAJ-TJS

## SATISFACTION OF JUDGMENT

Plaintiffs, by and through their undersigned counsel, hereby acknowledge receipt from Defendant in the above-entitled cause, of $5,817,503.40; which reflects the $5,785,757.40 amount due upon the Amended Judgment rendered in said cause on November 9, 2012 (**Doc. 330**), and as confirmed by the Court's ruling on post-trial motions on October 6, 2016 (**Doc. 420**), plus post-judgment interest in the amount of $31,746, in favor of Plaintiffs therein and against Defendant, which said sum is received and accepted in full payment and satisfaction of said judgment with interest, and Plaintiffs do hereby release, acquit, and forever discharge said Defendant of and from all liability to and demand in respect to said cause and judgment.

The parties have entered into a separate settlement agreement pertaining to Plaintiffs' attorneys' fees and costs, and as such, they are not included within this Satisfaction of Judgment.

The Clerk of the Court is hereby authorized and requested to enter this Satisfaction of Judgment on the judgment docket of the Court and to release the judgment of record rendered in said cause in favor of Plaintiffs therein and against said Defendant.

Respectfully submitted,

/s/ Jay M. Smith
Jay M. Smith, AT0007387
Smith & McElwain Law Office
505 Fifth Street, Suite 530
P.O. Box 1194
Sioux City, IA 51104
Telephone: 712/255-8094
Facsimile: 712/255-3825
e-mail: smitmcel@aol.com

ATTORNEYS FOR PLAINTIFFS

DATED: January 12, 2018

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 12, 2018, the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the foregoing counsel of record:

Brian P. McCafferty
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462

Robert L. Wiggins
Candis A. McGowan
The Kress Building, 301 19TH Street North
Bimingham, AL 35203

Roger K. Doolittle
460 Briarwood Drive, Suite 500
Jackson, MS 39206

Michael Hamilton
Provost Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215

Allison Dana Balus
Thomas E. Johnson
Baird Holm LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102

Evangeline C. Paschal
Michael C. Mueller
Emily Burkhardt Vicente
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

/s/ Jay M. Smith
Jay M. Smith